**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORIGA**
**ATLANTA DIVISION**

| | |
|---|---|
| PEDRO VEGA SIQUIEROS,<br><br>    Plaintiff,<br><br>-vs-<br><br>EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and ALLY FINANCIAL INC.,<br><br>    Defendants. | CASE NO. 1:24-cv-01700-MLB-LTW |

**NOTICE OF SETTLEMENT AS TO DEFENDANT,**
**EQUIFAX INFORMATION SERVICES LLC.**

COMES NOW Plaintiff, PEDRO VEGA SIQUIEROS, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, EQUIFAX INFORMATION SERVICES LLC, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 3rd day of June, 2024.

**/s/ Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar No.: 0338620
Georgia Bar No.: 617963
Pennsylvania No.: 325066

1

The Consumer Lawyers PLLC<br>
412 E. Madison St, Suite 916<br>
Tampa, FL 33602<br>
Cell: (813) 299-8537<br>
Facsimile: (844) 951-3933<br>
Tav@theconsumerlawyers.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 3rd day of June, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/ Octavio Gomez**
Octavio "Tav" Gomez
Georgia Bar No.: 617963
The Consumer Lawyers
*Attorney for Plaintiff*