## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORIGA
## ATLANTA DIVISION

PEDRO VEGA SIQUIEROS,

       Plaintiff,

-vs-

EQUIFAX INFORMATION
SERVICES LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
and ALLY FINANCIAL INC.,

       Defendants.

CASE NO. 1:24-cv-01700-MLB-LTW

## NOTICE OF SETTLEMENT AS TO DEFENDANT, ALLY FINANCIAL, INC.,

COMES NOW Plaintiff, PEDRO VEGA SIQUIEROS, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, ALLY FINANCIAL, INC., have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 18th day of July, 2024.

**/s/ Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar No.: 0338620
Georgia Bar No.: 617963
Pennsylvania No.: 325066

The Consumer Lawyers PLLC
412 E. Madison St, Suite 916
Tampa, FL 33602
Cell: (813) 299-8537
Facsimile: (844) 951-3933
Tav@theconsumerlawyers.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 18th day of July, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/ Octavio Gomez**
Octavio "Tav" Gomez
Georgia Bar No.: 617963
The Consumer Lawyers
*Attorney for Plaintiff*